THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL GALLARDO, | § | |
| | § | |
| Plaintiff, | § | C.A. 4:15-cv-02077 |
| | § | |
| v. | § | |
| | § | |
| HEIGHTS ASIAN CAFÉ INC., | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of Plaintiff Samuel Gallardo and Defendant Heights Asian Café Inc., the above-referenced matter is dismissed with prejudice with all costs incurred taxed against the party incurring such costs.

SIGNED: _____, 2016       _____
                                GRAY H. MILLER
                                UNITED STATES DISTRICT JUDGE